JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Robert Hawkins* | Case No. |
| Plaintiff, ) | **EDCV15-1389-JGB(SPx)** |
| v. ) | **JUDGMENT** |
| *United States of America,* ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  March 22, 2017

_____
JESUS G. BERNAL
United States District Judge